# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tarpey, LLC, | ) |
|       Plaintiff, | ) **ORDER** |
| vs. | ) |
| Epic Ceramic Proppants, Inc., and Jim ZXU, an individual, | ) Case No. 1:18-cv-262 |
|       Defendants. | ) |

On August 30, 2019, the parties filed a "Stipulation to Continue Case Deadlines, Pretrial Conference, and Trial." They also filed a proposed amended discovery plan. The court **ADOPTS** the parties' stipulation and amended discovery plan (Doc. Nos. 33 and 34) and amends the pretrial deadlines as follows:

1. The parties shall have until November 21, 2019, to complete fact discovery and to file discovery motions.

2. The parties shall have until December 2, 2019, to file other dispositive motions.

The final pretrial conference scheduled for January 3, 2020, shall be rescheduled for April 7, 2020, at 2:00 p.m. by telephone. The court shall initiate the conference call. The jury trial scheduled for January 14, 2020, shall be rescheduled for April 21, 2020, at 9:00 a.m. in Bismarck (Eagle Courtroom) before the undersigned. A three (3) days trial is anticipated.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2019.

                                                             */s/ Charles S. Miller, Jr.*
                                                             Charles S. Miller, Jr., Magistrate Judge
                                                             United States District Court