## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tarpey, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING STIPULATION** |
| ) | **OF DISMISSAL** |
| vs. ) | |
| ) | |
| Epic Ceramic Proppants, Inc., and ) | |
| Jim Xu, an individual, ) | Case No. 1:18-cv-262 |
| ) | |
| Defendants. ) | |

On July 10, 2020, the parties filed a Stipulation of Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 58). This action is **DISMISSED** in its entirety with prejudice and without further costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2020.

/*s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court